UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PATRICK D. WINTER,

        Defendant.
_____/

Case No. 09-20481

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE, STATEMENTS, AND TESTS SEIZED [24]
### and
## DENYING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE [27]

    Before the Court are Defendant's Motion to Suppress Evidence, Statements, and Tests Seized Pursuant to Warrantless Search [24] and Defendant's Motion to Suppress Evidence Pursuant to *Franks v. Delaware* [27].  On April 5, 2011, the Court heard argument on the Motions.

    For the reasons stated on the record at the hearing,

    **IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence, Statements, and Tests Seized Pursuant to Warrantless Search [24] is **DENIED**.

    For the reasons stated on the record at the hearing,

    **IT IS FURTHER ORDERED** that and  Defendant's Motion to Suppress Evidence Pursuant to *Franks v. Delaware* [27] is **DENIED**.

    **SO ORDERED.**

DATED: April 6, 2011

                                          S/ARTHUR J. TARNOW
                                          Arthur J. Tarnow
                                          Senior United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 6, 2011, by electronic and/or ordinary mail.

                                                S/MICHAEL WILLIAMS
                                                Case Manager